UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:15-CR-4-F-1

| | |
|---|---|
| UNITED STATES OF AMERICA | ORDER |
| v. | |
| TONYA MARIE BATTLE | |

NOW COMES Defendant by and through counsel, and moves to seal [DE-39] the Proposed Sealed Document, pursuant to Local Criminal Rule 55.2. The Court finds that good cause exists to seal the Proposed Sealed Document pursuant to Local Criminal Rule 55.2. Accordingly, Defendant's motion is GRANTED, and the Proposed Sealed Document will be sealed by this Court and will not be unsealed except upon permission of this Court.

SO ORDERED.

This the 11th day of March, 2016.

*/s/ James C. Fox*
Honorable James C. Fox
Senior United States District Judge, EDNC