IN THE UNITED STATES DISTRICT COURT
FOR EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:15-CR-0004-F-1

UNITED STATES OF AMERICA          )
                                  )
            v.                    )          O R D E R
                                  )
TONYA MARIE BATTLE,               )
            Defendant.            )

Within ten days, the Government is DIRECTED to file a response to Tonya Marie

Battle's Motion to Reconsider Sentence [DE-39].

SO ORDERED.

This, the _21_ day of March, 2016.

                              James C. Fox
                        JAMES C. FOX
                        Senior United States District Judge