IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:15-CR-4-1F
No. 4:17-CV-39-F

| | |
|---|---|
| TONYA MARIE BATTLE,<br>      Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>      Respondent. | )<br>)<br>)<br>)      O R D E R<br>)<br>)<br>) |

The motion of Tonya Battle to vacate, set aside, or correct her sentence pursuant to 28 U.S.C. § 2255 [DE-51], received on March 20, 2017, does not substantially follow the form appended to the Rules Governing Section 2255 Proceedings, and therefore, it is not in compliance with Rule 2(c) of the Rules Governing Section 2255 Proceedings and Local Civil Rule 81.2 of this court. The Clerk is DIRECTED to send a copy of the current form (1/15) to Battle. Battle must complete the form in its entirety, sign it under penalty of perjury (or a person authorized by Battle, such as an attorney, may sign it) and file the original with the Clerk of this court.

**Battle is DIRECTED to return the form, in accordance with these instructions, within fourteen (14) days from the filing of this order. Failure to do so may result in the dismissal of this action or the striking of the motion.**

Send the original of the completed § 2255 form to the following[1]:

---

[1] A copy of the completed § 2255 motion will be forwarded to the United States Attorney.

Clerk of Court
United States District Court, E.D.N.C.
ATTN: Prisoner Litigation Division
P.O. Box 25670
Raleigh, North Carolina 27611

SO ORDERED.

This 30th day of March, 2017.

_____
Robert B. Jones, Jr.
United States Magistrate Judge