UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:15-CR-4-FL-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| TONYA MARIE BATTLE | ) | |
| | ) | |

Upon motion of the United States, and for good cause shown, it is hereby ORDERED Docket Entry Number 61 be sealed except upon further order of court. It is FURTHER ORDERED that the Clerk provide a signed copy of the Order to the United States Attorney's Office and to the Defendant.

This 8th day of June, 2017

HONORABLE LOUISE W. FLANAGAN
United States District Judge